AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court    FILED

07 NOV -6 PM 4:21

Southern **DISTRICT OF** California

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| In the Matter of the Search of (Name, address or brief description of person or property to) Express Mail parcel # 837416706 addressed to Carlos Tarus, 2741 East 18th Street, National City, CA. 91950. The parcel had the return information of Damion Martin, 360 Vine Street, Hartford, CT 06112. . | APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT CASE NUMBER: '07 MJ 2604 |
|---|---|

I, Kim Kelly, being duly sworn depose and say:

I am a U. S. Postal Inspector and have reason to believe that on the premises known as
Official Title

Express Mail Parcel EB 837416706

which is in the custody of the U. S. Postal Inspection Service

in the Southern District of California
there is now concealed property, namely (describe the person or property)
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and contraband

in violation of Title 21 United States Code, Section(s) 841(a)(1), 843(b) and 846.
The facts to support the issuance of a Search Warrant are as follows:

See attached.

Continued on the attached sheet and made a part hereof.    X Yes ___ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

11/5/07
Date

at   San Diego, CA
     City and State

_____
U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

AFFIDAVIT FOR SEARCH WARRANT

I, Kim Kelly, being duly sworn hereby depose and state:

1. I am a United States Postal Inspector currently assigned to the San Diego Field Office of the Postal Inspection Service and my duties include investigating crimes against the U.S. Postal Service and the use of the mail including violations of the Drug Abuse Prevention and Control Act.

2. This affidavit is submitted in support of an application for a search warrant for the following Express Mail parcel #EB837416706 US. The parcel lists the sender's information as Damion Martin, 360 Vine Street, Hartford, CT and the addressee information of Carlos Tarus, 2741 East 18th Street, National City, CA 91950.

3. I have been a federal agent for 17 years and employed as a Postal Inspector since July 2007. From Sep 87-93, while employed with the Naval Criminal Investigative Service, I was assigned to investigate narcotics violations.

4. In July 2007, I received specialized training from the U.S. Postal Inspection Service in the following two areas; Investigations involving the use of the U.S. Mails to transport controlled substances and proceeds from the sale of controlled substances; and investigations involving the use of Postal Money Orders and other negotiable instruments to launder the proceeds of controlled substances transactions

5. Based upon my overall experience, specialized training and discussions with other Postal Inspectors and narcotics agents, I know the following in summary:

   a. Individuals who regularly handle controlled substances can leave the scent of controlled substances on the currency and other items they handle. Proceeds from these sales are often stored in close proximity to the controlled substances, thereby transferring the odor of the controlled substance to the monies and packaging

1

materials. Narcotic canines are trained to alert on the scents of controlled substances.

b. The Postal Inspection Service and DEA Narcotic Task Force Commercial Interdiction Team have worked aggressively to limit the use of shipping companies and the U.S. Mail for the transportation of controlled substance through these companies.

c. Ongoing investigations have disclosed that Express (overnight) and Priority (two day) parcel deliveries have become a method of choice by drug dealers for the transportation of contraband or the proceeds of narcotic sales.

d. I know that Southern California is a source region for controlled substances being mailed throughout the United States. The proceeds from these narcotic transactions are then transported via the U.S. Mails and other communication facilities back to Southern California, the source of the controlled substances.

e. Drug dealers prefer the U.S. Mail, (but will sometimes utilize commercial shipping companies), specifically Express Mail or Priority Mail, for the narcotic or narcotic proceeds transportation for various reasons, some of which are listed below:

1. Items sent via Express Mail or Priority Mail are considered to be first-class mail, therefore, cannot be examined without a Federal Search Warrant.

2. Express Mail is usually requested to be delivered by the next day's mail.

3. Priority Mail is usually requested to be delivered within two days of mailing.

4. Dispatch times for Express Mail are specific and are controllable by the mailer/shipper.

5. Any delay to the mail is an indication to the mailer the mail items have been possibly compromised by law enforcement agencies to obtain a search warrant.

6. While it is not always the case that a delay of Express Mail or Priority Mail is for law enforcement purposes, those involved in illegal transactions have found that the odds are against delays in deliveries of Express Mail or Priority Mail by United States Postal Service.

7. Express Mail and Priority Mail may weigh up to 70 pounds and is desired for large volume shipments.

f. Businesses are more likely to use Express Mail and Priority Mail than First-class Mail in the course of normal business and will often use an Express Mail Corporate Account Number for the billing of the mailed articles.

g. Criminals who are involved in trafficking of controlled substances and drug proceeds will often receive multiple Express Mail articles within a short time period of each other.

h. Criminals who are involved in trafficking of controlled substances and drug proceeds will often use multiple Post Office Boxes, Commercial Receiving Agencies, addresses in foreign countries, and legitimate names and addresses of persons other than their own, or occupants at the residence, in order to receive controlled substances and/or proceeds/monetary instruments at their residence under names and residences other than their own to avoid suspicion and in an effort to conceal their true identities and place of residence.

i. I also know that drug orders containing currency, checks or money orders sometimes do not contain the presence of controlled substances because persons involved in shipping often utilize packing methods and sanitation procedures to conceal the odor or controlled substances.

j. I also know from talking to U.S. Postal Service Supervisors and employees responsible for handling the mail that Express Mail is insured for up to $100 in

case of loss or damage. Insurance for Priority Mail may be purchased at an additional fee. Customers are discouraged from sending U.S. currency via the U.S. Mails and are encouraged to purchase negotiable instruments as a means to send currency by the U.S. Postal Service.

6. The information in this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience as well as information related to me by other Postal Inspectors and law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

7. On October 31, 2007, during routine interdiction activities at the Midway Processing and Distribution Facility (P&DF) in San Diego, California, I became suspicious of the Express Mail parcel that is the subject of this affidavit and retrieved it for further investigation.

8. I became suspicious of the Express Mail parcel for the following reasons: the label was handwritten as opposed to typewritten; the zip code of mailing was different than that was listed on the return information; database checks determined although the sender's address was incomplete and the recipient's address was complete, based on information obtained, the sender did not reside at the return address listed on the package and the recipient did not reside at the address to which the package was sent.

9. On October 31, 2007, Postal Inspector Ana Flores met with Detective Daniel Billberry and his trained narcotic detection canine Blaek, at the DEA Headquarters located in San Diego, CA. Detective Billberry and Blaek conducted an exterior inspection of the subject parcel. When Blaek examined the parcel described above, Detective Billberry advised that Blaek did not alert to the presence of the odor of controlled substances in the parcel. I know from my training and from my conversation with Detective Billberry and other law enforcement officers that currency and money orders are commonly used to transfer drug

proceeds and narcotics canines often do not alert when money orders are used or the currency is not tainted.

10. On October 31, 2007, contact with the Narcotics Information Network (NIN) confirmed in October 2005 a narcotics (methamphetamines) related entry for the recipient's address of 2741 East 18th Street, National City had been made by San Diego Police Department Narcotics Unit. I contacted SDPD detective Matt Novack who informed me he could not recall the details which prompted the NIN entry related to this address.

11. On October 31, 2007, Postal Inspectors and DEA narcotics task force officers contacted the resident at 2741 East 18th Street, National City, CA. The occupant, Jesse Perez, stated he did not know Carlos Tarus, the listed recipient of the parcel, and was not expecting an Express Mail parcel. I observed a yellow note that had been placed on the security screen door of the residence which had the hand written instruction for the mailman to leave the mail inside the screen door. The note was crisp and appeared to have been recently placed on the door. I asked Perez if he had placed the note on the door and he stated he did not. I then spoke with the female resident, Sandra May Balignot, who stated she had written and placed the note on the door. Perez stated that the parcel was not his, and signed a form disclaiming ownership of the parcel.

12. On October 31, 2007, an individual who identified himself as Carlos Torres contacted the Express Mail Office of the Postal Service. The Express Mail Office assists customers with parcels either lost or delayed. Torres (spelling interpreted by Express Mail office clerk) requested Express Mail parcel # EB837416706 US be re-routed to 2005 Barbados Cove, Unit 5, Chula Vista. Torres left a cell phone number with the Express Mail Office clerk.

13. I called the cell phone number provided to me by the Express Mail Office clerk and reached a non-identifying voice mail message. I left a message requesting contact regarding the Express Mail parcel. Five minutes later I received a telephone call from an

individual who stated, without introducing himself, "You tried to call me". I asked him directly if he was Carlos Torres and he said he was. I attempted to arrange delivery of the Express Mail to the new address in Chula Vista that the individual requested it be re-routed to. I informed Torres he had to be present to sign for the parcel and he responded that he was at the airport preparing to fly to Connecticut. Torres then requested the Express Mail parcel be returned to the sender's address in Connecticut. I confirmed the sender was Damion Martin.

14. On November 1, 2007, I contacted the letter carrier that has delivered to 360 Vine Street, Hartford, CT, for the past four years. The letter carrier stated that Damion Martin does not now live nor has he ever lived at or received mail at that address. The letter carrier further advised 360 Vine Street consists of three flats and that all residents of 360 Vine Street Floors 1-3 are long-term residents and belong to the same family, the Oliver family. I know from my training and experience that persons often avoid delivery of parcels they believe have been compromised by law enforcement and will often abandon a parcel in order to avoid identification.

15. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe controlled substances, notes and/or currency from the illegal sale and mailing of controlled substances is being concealed in the subject parcels as described above and seek the issuance of a search warrant directing the search of the article as described above and the seizure of the article, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

Kim Kelly
Postal Inspector

1  Sworn to before me, and subscribed in my presence, on this
2  5th Day of Nov., 2007.

_____
U. S. Magistrate Judge