# United States District Court

Southern **DISTRICT OF** California

FILED

07 NOV -6 PM 4: 21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Express Mail parcel # 837416706 addressed to Carlos Tarus, 2741 East 18th Street, National City, CA. 91950. The parcel had the return information of Damion Martin, 360 Vine Street, Hartford, CT 06112. | **SEARCH WARRANT**<br><br>CASE NUMBER: 07 MJ 2604 |
|---|---|

TO:   Kim A. Kelly, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Kim A. Kelly (Affiant)   who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

which is in the custody of the U.S. Postal Inspection Service.

in the Southern   District of California   there is now concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  11/15/07
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   Cathy Ann Bencivengo
                                                                                                                                                            U. S. Judge or Magistrate
as required by law.

Nov. 5, 2007 @ 4:35 pm                                                        at   San Diego, CA
Date and Time Issued                                                                City and State

U.S. Magistrate Judge                                                         [signature]
Name and Title of Judicial Officer                                     Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 11/5/07 | DATE AND TIME WARRANT EXECUTED 11/05/07 1640 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Postal Service |
| INVENTORY MADE IN THE PRESENCE OF Inspector Rich Tanael |||

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Ready Post envelope with post office COA envelope containing $25,650.00 in blank money orders:

Western Union Money Orders
(7) × $1000.00 = 7,000.00
(2) × $750.00 = 1500.00
(1) × $650.00 = 650.00
(3) × $500.00 = 1500.00

Money Gram Money Orders
(2) × $1000.00 = $2000.00
(2) × $500.00 = $1000.00

Postal Money Orders
(11) × $1000.00 = 11,000.00
(2) × $500.00 = 1,000.00

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge

11/6/07
Date

CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE